# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WESTERN SURETY COMPANY | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 20-6397 |
| DAVID M. CUTLER | : | |

## ORDER

**AND NOW**, this 30th day of June 2021, upon considering the third-party Defendants' Motions to dismiss (ECF Doc. Nos. 23, 26), Defendant's Opposition (ECF Doc. Nos. 29, 30), and for reasons in the accompanying Memorandum, it is **ORDERED** the third-party Defendants' Motions (ECF Doc. Nos. 23, 26) are **GRANTED** and we **dismiss** the Third-Party Complaint (ECF Doc. No. 14).

_____
**KEARNEY, J.**